

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| BAKARI DARNELL MACKEY, | No. 14-15886 |
| Petitioner - Appellant, | D.C. No. 4:12-cv-00163-CKJ |
| v. | |
| CONRAD M. GRABER and US ATTORNEY'S OFFICE, | MEMORANDUM* |
| Respondents - Appellees. | |

Appeal from the United States District Court
for the District of Arizona
Cindy K. Jorgenson, District Judge, Presiding

Argued and Submitted April 12, 2016
San Francisco, California

Before: WALLACE, SCHROEDER, and N.R. SMITH, Circuit Judges.

Bakari Mackey appeals from the district court's judgment denying his 28

U.S.C. § 2241 petition. Mackey asserts that his due process rights were violated by

failures of his inmate representative and the prison discipline hearing officer's

denial of his right to call witnesses on his behalf at a prison disciplinary hearing.

---

\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

We have jurisdiction pursuant to 28 U.S.C. § 1291, and we review the district court judgment de novo. *United States v. Lemoine*, 546 F.3d 1042, 1046 (9th Cir. 2008).

We affirm for the reasons stated by the district court in its order filed on April 7, 2014, adopting the magistrate judge's Report and Recommendation.

**AFFIRMED.**[1]

---

[1] Mackey's pending *pro se* motion for judicial notice is denied as moot.

14-15886